

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――――

No. 02-19-00403-CV

―――――――――――――――――

IN RE KEITH HALLS, JOHN "JT" THATCH, AND KIP A. ALLISON, Relators

―――――――――――――――――

Original Proceeding
Trial Court No. 19-7298-367

―――――――――――――――――

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and real party in interest Robert Oblon's response and is of the opinion that relief should be denied as premature. Accordingly, we vacate that portion of our November 1, 2019 order staying all trial court proceedings involving relators, and relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: November 14, 2019